*E-FILED: September 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILIP B. SCOTT, | No. C12-01456 HRL |
| Plaintiff, | **ORDER GRANTING DEFENSE COUNSEL'S REQUEST TO WITHDRAW** |
| v. | |
| EDGAR LOPEZ, | [Re: Docket No. 20] |
| Defendant. | |

There being no objection, the request by current defense counsel for permission to withdraw as attorneys of record is granted. Attorney Joshua A. Allison, whose contact information is listed in the request for withdrawal, is hereby substituted in place of attorneys Sean M. Sherlock and Lindsey E. Martinez, as counsel of record for defendant Edgar Lopez.

SO ORDERED.

Dated: September 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:12-cv-01456-HRL Notice has been electronically mailed to:

2  Joshua A Allison     jaa@sheehansheehan.com, dmr@sheehansheehan.com

3  Julie Elaine Bonnel-Rogers     jer@millermorton.com, jmh@millermorton.com

4  Lindsey Elizabeth Martinez     lmartinez@swlaw.com, tmartin@swlaw.com

5  Sean M. Sherlock     ssherlock@swlaw.com, wmerkle@swlaw.com

6  Stevan Chazen Adelman     sca@millermorton.com, clk@millermorton.com

**United States District Court**
For the Northern District of California