IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILIP L.B. SCOTT,

        Plaintiff,

vs.                                             No. 2:13-cv-00285 KG-GBW

EDGAR LOPEZ,

        Defendant.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR PAGE LIMIT EXTENSION

      THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Page Limit Extension, Document 61. This Court, having considered the Motion and being fully advised in the premises, finds that it is well-taken and should be granted.

      IT IS HEREBY ORDERED that Plaintiff shall have leave to attach up to 130 pages of exhibits to his Motion for Summary Judgment.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

Respectfully submitted,

CADIGAN LAW FIRM, P.C.
*Attorneys for Plaintiff Philip L.B. Scott*
3840 Masthead, N. E.
Albuquerque, NM   87109
(505) 830-2385

By:   */s/Michael J. Cadigan*
         Michael J. Cadigan
         cadigan@cadiganlawfirm.com


*Attorneys for Plaintiff*

Approved by:

By:   */s/Joshua A. Allison*
         Joshua A. Allison
         jaa@sheehansheehan.com
         *Approved electronically on October 13, 2014*

SHEEHAN & SHEEHAN, P.A.
40 First Plaza, N. W., Suite 740 (87102)
Post Office Box 271
Albuquerque, New Mexico   87103
(505) 247-0411

*Attorneys for Defendant*